■ CHARLES FRISCHLING, Appellant, v. RUBIN COHEN et al., Respondents. — Appeal by plaintiff from a judgment of the Supreme Court at Trial Term, entered in Ulster County on November 2, 1953, upon a jury verdict of no cause of action in an automobile negligence case. Plaintiff's automobile was parked in the easterly lane of Canal Street in the village of Ellenville, N. Y., headed east. A car driven by defendant William Cohen and owned by defendant Rubin Cohen was proceeding easterly on Canal Street and collided with the open or partly open left door of plaintiff's car. Plaintiff testified that he had walked from his house around the rear of the car, did not see the defendants' automobile approaching, and when he had opened the left door of his car and was half way in the car, the collision occurred and he sustained injuries. It is the defendants' contention that the plaintiff was inside of his car and that the door opened suddenly when they were almost opposite it, and that defendants' car hit the open door. Defendant Rubin Cohen counterclaimed for damages to his vehicle. The case was submitted to the jury for separate verdicts, and they found a verdict of no cause of action upon the plaintiff's claim, and a verdict of no cause of action upon the defendant Rubin Cohen counterclaim. No appeal was taken by the defendant Rubin Cohen from the judgment dismissing his counterclaim. We find no substantial or reversible errors in the record, and we think the record presents a clear question of fact, which was submitted to the jury with a clear and adequate charge. Judgment unanimously affirmed, with costs. Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

■ STANDARD ACCIDENT INSURANCE COMPANY, Respondent, v. FRANCIS COCHARDO et al., Appellants.— Appeal from a judgment of the Supreme Court, Broome County, entered upon a decision after a trial at Special Term, adjudging and declaring that the plaintiff insurance company had no obligation of defense or payment to the defendant Cochardo under the policy of automobile liability insurance issued to him and that the other defendants had no rights against the plaintiff under the policy. Judgment appealed from unanimously affirmed, without costs, upon the opinion of Judge McAVOY at Special Term (1 Misc 2d 1029). Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

■ In the Matter of IRVING V. A. HUIE et al., Constituting the Board of Water Supply of the City of New York, Relative to Acquiring Title to Real Property for and on Behalf of the City of New York, in the County of Sullivan for the Purpose of Providing Additional Water for the City of New York, Respondents. [Neversink Riparian Section No. 1.] EUGENE BERGER et al., Appellants.—Appeals from orders of the Supreme Court at Special Term in Albany County which (1) confirmed the report of commissioners of appraisal; (2) denied a motion by claimants-appellants for new trials on the ground of newly discovered evidence; and (3) denied new trials after reargument and renewal of the previous motion for new trials. Orders unanimously affirmed, without costs, on the opinions of Mr. Justice TAYLOR at Special Term (2 Misc 2d 38, 40, 45). Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.